950 P.2d 707

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

November 18, 1997

| 19788 | CIE. Soft Corp. v. Shane Intern., Inc.; Shane Intern. Inc. v. Tanaka | Vacated and Remanded |
| 18309 | Doe, In Interest of | Affirmed |

### November 19, 1997

| 18966 | State by Bronster v. Pettigrew | Vacated and Remanded |

### November 20, 1997

| 20544 | Alisna v. Aig Hawaii Ins. Co. | Reversed, Vacated and Remanded |
| 18890 | Nakamura v. Chun | Affirmed |
| 17809 | State v. Beteran | Reversed |
| 17746 | State v. Brown | Affirmed |
| 17822 | State v. Cunningham | Affirmed |

### November 24, 1997

| 19337 | State v. Kanoa | Affirmed |

### November 26, 1997

| 18183 | State v. Char | Vacated and Remanded |
| 18165 | State v. Galarita | Affirmed |

### November 28, 1997

| 18498 | Doe, In Interest of | Affirmed |
| 17868 | Franklin v. Christian Dior New York, Inc. | Affirmed |

### December 1, 1997

| 19944 | Estate of Saito, In re | Affirmed, Vacated and Remanded |